FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 06 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

    -vs-

PINO BALDASSARRE
ROBERT MOUALLEM

------------------------------X

Order of Sustenance, Lodging,
& Transportation

CR11-801   (JBW)

IT IS ORDERED that the Marshal supply proper

( ) LODGING

(XX) SUSTENANCE

( ) TRANSPORTATION

to the ( 18 ) jurors empaneled in the above entitled case,

and to the ( ) Deputy Marshals in attendance thereon.

Dated: 8/6/12-DURATION OF TRIAL
Brooklyn, New York

---

(XX) During trial

( ) Deliberating

( ) Sequestered

( ) Breakfast

(XX) Lunch

( ) Dinner

( ) Other

U. S. District Judge